IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ROBERTO & KATHLEEN TORQUATO aka KATHLEEN E. DA SILVA ) ) ) U.S. BANK, N.A., ITS SUCCESSORS AND/ ) OR ASSIGNS, ) Creditor, ) vs. ) ) ROBERTO & KATHLEEN TORQUATO aka ) KATHLEEN E. DA SILVA, ) Debtor, ) ) | CASE NO. 11B08076 JUDGE PAMELA S. HOLLIS |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes U.S. Bank, N.A., its successors and/or Assigns, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 2012 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of December 19, 2011.

    a. Attorney's fees          $250.00

    b. Late charges              $70.63

    c. Property Inspection      $150.00

    d. Suspense                ($596.89)

    Total                       $126.26

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, U.S. Bank, N.A.,its successors and/or Assigns rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
    U.S. Bank, N.A.,its successors
    and/or Assigns

    /s/Yanick Polycarpe
    Yanick Polycarpe
    ARDC#6237892

    Pierce and Associates, P.C.
    1 North Dearborn Street
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088